Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Maggiore, Annette M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-0351** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7327 West Fullerton Avenue**<br>**Apt. 2R**<br>**Elmwood Park, IL**<br>ZIP Code **60707** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ■ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ■ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)**

FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Maggiore, Annette M.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                    FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Maggiore, Annette M.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Annette M. Maggiore**
Signature of Debtor  **Annette M. Maggiore**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 23, 2007**
Date

### Signature of Attorney

X  **/s/ Monica C. O'Brien**
Signature of Attorney for Debtor(s)

**Monica C. O'Brien**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604**

Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**June 23, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re ___Annette M. Maggiore_____

Debtor(s)

Case No. _____

Chapter ___7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ Annette M. Maggiore
                         Annette M. Maggiore
Date:   June 23, 2007

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Annette M. Maggiore** _____,   Case No. _____

                                        Debtor

                                                Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 375,000.00 | | |
| B - Personal Property | Yes | 4 | 129,337.93 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 413,589.70 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 18,187.24 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 253,322.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,024.79 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,019.56 |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 504,337.93 | | |
| Total Liabilities | | | | 685,099.86 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Annette M. Maggiore**
,     Case No. _____
Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Form B6A
(10/05)

In re   **Annette M. Maggiore**                                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Residence located at 1208 West Washington Street, Evanston, Illinois** | **Fee Simple** | - | **375,000.00** | **379,499.96** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | **375,000.00** | (Total of this page) |
|  | Total > | **375,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6B
(10/05)

In re  **Annette M. Maggiore**

_____,  Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account #00-034823-6, First Security Trust and Savings Bank** | - | 675.00 |
| | | **Checking Account #6800918838, Banco Popular (Joint account with George Maggiore)** | J | 196.94 |
| | | **Savings Account #104452, First Security Trust and Savings Bank** | - | 1,583.88 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room Set, Table, Chair, 2 TV, VCR, DVD, Kitchen Table & Chairs, Bedroom Set, Mattress, Computer, Computer Desk & Chair, Cookware, Kitchenware, Linens & Misc. Personal Property.** | - | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Necessary Wearing Apparel** | - | 300.00 |
| 7.  Furs and jewelry. | | **Misc. Jewelry** | - | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance, Policy #0420466984, Primerica Life Insurance Co.** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >  3,855.82
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Form B6B
(10/05)

In re   **Annette M. Maggiore**                                           ,   Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | **IRA, Account #4512-9816, H & R Block** | - | 25,500.11 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Car Loan Center, Inc. (100% Shareholder)** | - | 0.00 |
| | | **Performance Transportation of Illinois, LLC (Sole Member)** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loans to Rick Lantini** | - | 30,000.00 |
| | | **Loans to Anthony A. Belle** | - | 36,182.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total > | 91,682.11 |
|---|---|---|
|  | (Total of this page) | |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re   **Annette M. Maggiore**                                              ,        Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims Against James Collins, Michael Walsh and Anthony Belle for fraud & conversion related to operation and management of Car Loan Center, Inc.** | **-** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Cadillac CTS** | **-** | **16,800.00** |
| | | **2005 Harley Davidson Motorcyle (In possession of Anthony A. Belle)** | **-** | **17,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      **33,800.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Annette M. Maggiore**                                      ,          Case No. _____

                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **129,337.93** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6C
(4/07)

In re    **Annette M. Maggiore**                                              ,    Case No. _____

                                        Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Living Room Set, Table, Chair, 2 TV, VCR, DVD, Kitchen Table & Chairs, Bedroom Set, Mattress, Computer, Computer Desk & Chair, Cookware, Kitchenware, Linens & Misc. Personal Property.** | **735 ILCS 5/12-1001(b)** | **400.00** | **1,000.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Necessary Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| | | | |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| **IRA, Account #4512-9816, H & R Block** | **735 ILCS 5/12-1006** | **100%** | **25,500.11** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Cadillac CTS** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **16,800.00** |
| | **735 ILCS 5/12-1001(b)** | **3,600.00** | |

|  | Total: | **32,200.11** | **43,600.11** |
|---|---|---|---|

  __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re    **Annette M. Maggiore**                                              Case No. _____

                                                ,
                            Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W / J C | | | | | | |
| Account No. **0036967396** | | | December 2005 | | | | | |
| **Aurora Loan Services P.O. Box 1706 Scottsbluff, NE 69363-1706** | | - | Mortgage<br><br>Single Family Residence located at 1208 West Washington Street, Evanston, Illinois | | | | | |
| | | | Value $                    375,000.00 | | | | 278,032.96 | 0.00 |
| Account No. | | | Codilis and Associates, P.C 15W030 North Frontage Road Suite 100 Burr Ridge, IL 60527 | | | | | |
| Representing: **Aurora Loan Services** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. **100-001-414830023099** | | | September 2006 | | | | | |
| **JP Morgan Chase Bank 1111 Polaris Parkway Columbus, OH 43240** | | - | Second Mortgage<br><br>Single Family Residence located at 1208 West Washington Street, Evanston, Illinois | | | | | |
| | | | Value $                    375,000.00 | | | | 101,467.00 | 4,499.96 |
| Account No. | | | Chase Home Finance LLC 201 East Main Street Lexington, KY 40507 | | | | | |
| Representing: **JP Morgan Chase Bank** | | | | | | | | |
| | | | Value $ | | | | | |

__1__ continuation sheets attached

Subtotal
(Total of this page)

| | |
| --- | --- |
| 379,499.96 | 4,499.96 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6D (10/06) - Cont.

In re  **Annette M. Maggiore**                                                                    ,          Case No. _____
_____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. ******808 | | | Retail Installment Contract | | | | | |
| **Meadows Credit Union** **3350 Salt Creek Lane, Suite 100** **Arlington Heights, IL 60005** | - | | 2004 Cadillac CTS | | | | | |
| | | | Value $        16,800.00 | | | | 9,887.17 | 0.00 |
| Account No. | | | February 2005 | | | | | |
| **Republic Bank** **1510 75th Street** **Darien, IL 60561** | - | | Retail Installment Contract 2005 Harley Davidson Motorcyle (In possession of Anthony A. Belle) | | | | | |
| | | | Value $        17,000.00 | | | | 20,814.75 | 3,814.75 |
| Account No. | | | Tishler & Wald, Ltd. 200 South Wacker Drive, Suite 3000 Chicago, IL 60606 | | | | | |
| Representing: Republic Bank | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. 5856 3706 8937 0246 | | | 2006 & Prior Years | | | | | |
| **WFNNB - Harlem Furniture** **Customer Service** **P.O. Box 2974** **Mission, KS 66201-1374** | - | | Living Room Set, Bedroom Set, Mattress | | | | | |
| | | | Value $        600.00 | | | | 3,387.82 | 2,787.82 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          |  34,089.74  |  6,602.57

Total
(Report on Summary of Schedules)  |  413,589.70  |  11,102.53

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07)

In re  **Annette M. Maggiore**                                                                    ,  Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07) - Cont.

In re    **Annette M. Maggiore** _____,    Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3554-5887** <br><br> **Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338** | X | J | **2005 - 2006** <br><br> **Sales Tax For Car Loan Center Inc.** | X | X | X | <br><br><br>18,187.24 | **Unknown** <br><br><br> **Unknown** |
| Account No. <br><br> **Representing: Illinois Department of Revenue** | | | **Illinois Dept. or Revenue Attn:  Deliah M. Rossi 9511 West Harrison Street Des Plaines, IL 60016** | | | | | |
| Account No. <br><br> **Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | | - | **2006 & Prior Years** <br><br> **Listed For Notice Purposes** | X | X | X | <br><br><br>0.00 | **0.00** <br><br><br> **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 18,187.24 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 18,187.24 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06)

In re **Annette M. Maggiore** _____,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1079057**<br><br>**700 Credit Inc.**<br>**2333 West 190th Street**<br>**Torrance, CA 90504** | | - | **2006**<br>**Corporate Debt** | X | X | X | |
| | | | | | | | **0.00** |
| Account No.<br><br>**Representing:**<br>**700 Credit Inc.** | | | **Morgan & Curtis Associates, Inc.**<br>**95 Broadway**<br>**Hicksville, NY 11801** | | | | |
| Account No.<br><br>**A & L Transport of IL, Inc.**<br>**1201 N. 25th Ave.**<br>**Melrose Park, IL 60160** | | - | **2005**<br>**Corporate Debt** | X | X | X | |
| | | | | | | | **0.00** |
| Account No.<br><br>**A.W. Green Management**<br>**1410 S. Clinton Street**<br>**Chicago, IL 60607** | X | - | **2005**<br>**Possible Lease Damages** | X | X | X | |
| | | | | | | | **Unknown** |

__24__   continuation sheets attached

Subtotal
(Total of this page)                        **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                        S/N:20289-070425   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Annette M. Maggiore**                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5584 1897 0216 5238** <br><br> **Advanta Bank Corp.** <br> **P.O. Box 30715** <br> **Salt Lake City, UT 84130-0715** | X | J | **2006** <br> **Periodic Purchases** | | | | **2,529.54** |
| Account No. **3-0710-0041343** <br><br> **Allied Waste Services** <br> **2608 South Damen** <br> **Chicago, IL 60608** | - | | **2006** <br> **Corporate Debt** | X | X | X | **0.00** |
| Account No. **6292450** <br><br> **Amcore Bank, NA** <br> **1210 Aouth Alpine Road** <br> **Rockford, IL 61108** | - | | **Deficiency on Respossessed 2005 Ford F350** | | | | **10,694.59** |
| Account No. <br><br> **Representing:** <br> **Amcore Bank, NA** | | | **Freedman, Anselmo Lindberg & Rappe** <br> **1807 West Diehl** <br> **Suite 333** <br> **P.O. Box 3228** <br> **Naperville, IL 60566-7228** | | | | |
| Account No. <br><br> **American General Finance** <br> **1414 N. Milwaukee Ave.** <br> **Chicago, IL 60622** | - | | **2006** <br> **Corporate Debt** | X | X | X | **0.00** |

Sheet no. __1___ of __24___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,224.13**

Official Form 6F (10/06) - Cont.

In re **Annette M. Maggiore**                                         , Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **07 M1 125832** | | | | **Corporate Debt** | | | | |
| **Archer Heights Credit Union** **6554 West Archer Avenue** **Chicago, IL 60638** | X | J | | | X | X | X | |
| | | | | | | | | **0.00** |
| Account No. | | | | **The Albert Law Firm, P.C.** **205 West Randolph St., Suite 920** **Chicago, IL 60606** | | | | |
| **Representing:** **Archer Heights Credit Union** | | | | | | | | |
| Account No. **9254289** | | | | **2006 & 2007** **Corporate Debt** | | | | |
| **Arena Auto Auction** **200 West Old Chicago Drive** **Bolingbrook, IL 60440** | | - | | | X | X | X | |
| | | | | | | | | **0.00** |
| Account No. | | | | **2006** **Corporate Debt** | | | | |
| **Jennifer J. Arguijo** **1142 North Keystone** **Chicago, IL 60651** | | - | | | X | X | X | |
| | | | | | | | | **0.00** |
| Account No. | | | | **Illinois Secretary of State Police** **103 West Roosevelt Road** **Villa Park, IL 60181** | | | | |
| **Representing:** **Jennifer J. Arguijo** | | | | | | | | |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Annette M. Maggiore**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 77329252001307<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | - | **2006**<br>**Corporate Debt** | X | X | X | 0.00 |
| Account No.<br><br>Representing:<br>AT&T | | | **Allied Interstate**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH 43231** | | | | |
| Account No. 139-2472327<br><br>**Auto Mart #139/Chicago Auto Mercado**<br>**c/o Vengroff Williams & Assoc., Inc.**<br>**P.O. Box 4155**<br>**Sarasota, FL 34237** | | - | **2006**<br>**Corporate Debt** | X | X | X | 0.00 |
| Account No.<br><br>**Automotive Finance Corp.**<br>**4721 Midlothian Turnpike, Suite 21**<br>**Midlothian, IL 60445** | X | - | **2005 - 2006**<br>**Guarantee of Corporate Debt** | | | | 0.00 |
| Account No.<br><br>**Autotech & Niles Marketing**<br>**7787 Louella Drive**<br>**Roscoe, IL 61073** | | - | **2006**<br>**Corporate Debt** | X | X | X | 0.00 |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Annette M. Maggiore**                                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>AutoTrader.com<br>One Lincoln Centre<br>18W140 Butterfield Road, Suite 450<br>Villa Park, IL 60181 | X | - | 2005 - 2006<br>Corporate Debt | X | X | X | 0.00 |
| Account No. <br><br>Representing:<br>AutoTrader.com | | | Jonathan Neil & Assoc., Inc.<br>c/o Brian J. Ferber, Inc.<br>18075 Ventura Blvd., Suite 3B<br>Encino, CA 91316 | | | | |
| Account No. 5490 9955 7995 9237<br><br>Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | | - | 2006 & Prior Years<br>Periodic Purchases | | | | 31,690.47 |
| Account No. <br><br>Tonesia Banner<br>9137 South Saginaw<br>Chicago, IL 60647 | | - | 2006<br>Corporate Debt | X | X | X | 0.00 |
| Account No. <br><br>Representing:<br>Tonesia Banner | | | Illinois Secretary of State Police<br>103 West Roosevelt Road<br>Villa Park, IL 60181 | | | | |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,690.47

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __**Annette M. Maggiore**_____,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Battery Sales, Inc.** **12320 South Page** **Riverdale, IL 60827** | - | | **2006** **Corporate Debt** | X | X | X | 0.00 |
| Account No. **Tiwana Burns** **9137 South Saginaw** **Chicago, IL 60647** | - | | **2006** **Corporate Debt** | X | X | X | 0.00 |
| Account No. **Representing:** **Tiwana Burns** | | | **Illinois Secretary of State Police** **103 West Roosevelt Road** **Villa Park, IL 60181** | | | | |
| Account No. **4115 0725 3346 7786** **Capital One** **P.O. Box 30285** **Salt Lake City, UT 84130-0285** | X | J | **2006 & Prior Years** **Periodic Purchases** | | | | 2,315.69 |
| Account No. **4115-0725-1253-1230** **Capital One** **P.O. Box 30285** **Salt Lake City, UT 84130-0285** | X | J | **2006 & Prior Years** **Periodic Purchases** | | | | 1,006.51 |

Husband, Wife, Joint, or Community

Sheet no. __5___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,322.20**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Annette M. Maggiore**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **59-9104-0641**<br><br>**Carson Pirie Scott**<br>**Retail Services**<br>**P.O. Box 15521**<br>**Wilmington, DE 19850-5521** | | - | **2006 & Prior Years**<br>**Periodic Purchases** | | | | **206.06** |
| Account No.<br><br>Representing:<br>**Carson Pirie Scott** | | | **HSBC**<br>**P.O. Box 5244**<br>**Carol Stream, IL 60197-5244** | | | | |
| Account No. **4266 8800 2185 5362**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | - | **2006 & Prior Years**<br>**Periodic Purchases** | | | | **9,381.98** |
| Account No. **200722**<br><br>**Check Center**<br>**P.O. Box 6008**<br>**Petaluma, CA 94955** | | - | **2006**<br>**Corporate Debt** | X | X | X | **0.00** |
| Account No.<br><br>**City of Chicago**<br>**Cost Recovery & Collections Div.**<br>**333 S. State St., Suite 540**<br>**Chicago, IL 60604** | X | - | **2006**<br>**Corporate Debt** | X | X | X | **0.00** |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,588.04**

Official Form 6F (10/06) - Cont.

In re **Annette M. Maggiore**                                                    , Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**City of Chicago** | | | | **Stuart Alpern, Dept. of Cons. Srvs**<br>**50 West Washington Street, Room 208**<br>**Chicago, IL 60602** | | | | |
| Account No.<br><br>**City of Evanston**<br>**2100 Ridge Avenue**<br>**Evanston, IL 60201** | - | | | **2007**<br>**Fines for administrative property standard violations** | X | X | X | **Unknown** |
| Account No. 5817267034<br><br>**Commonwealth Edison**<br>**Bil Payment Center**<br>**Chicago, IL 60668** | | | | **2006**<br>**Corporate Debt** | | | | **0.00** |
| Account No.<br><br>**Cook County, Dept. Of Revenue**<br>**118 North Clark Street, Suite 1160**<br>**Chicago, IL 60602** | - | | | **2006 & Prior Years**<br>**Corporate Debt** | X | X | X | **0.00** |
| Account No.<br><br>**Representing:**<br>**Cook County, Dept. Of Revenue** | | | | **Cook County Dept. of Revenue**<br>**P.O. Box 94420**<br>**Chicago, IL 60690-4420** | | | | |

Sheet no. __7__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Official Form 6F (10/06) - Cont.

In re __**Annette M. Maggiore**_____,  Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| **Account No.** <br><br>**Gabriel Corona** <br>**4353 S. Rockwell Street, 1st Floor** <br>**Chicago, IL 60632** | X | J | | **2006** <br>**Corporate Debt** | X | X | X | |
| | | | | | | | | **0.00** |
| **Account No.** <br><br>**Representing:** <br>**Gabriel Corona** | | | | **Illinois Secretary of State Police** <br>**103 West Roosevelt Road** <br>**Villa Park, IL 60181** | | | | |
| **Account No.** <br><br>**Blanca Cortez-Gomez** <br>**1407 N. Springfield** <br>**Chicago, IL 60651** | X | J | | **2006** <br>**Corporate Debt** | X | X | X | |
| | | | | | | | | **0.00** |
| **Account No.** <br><br>**Representing:** <br>**Blanca Cortez-Gomez** | | | | **Illinois Secretary of State Police** <br>**103 West Roosevelt Road** <br>**Villa Park, IL 60181** | | | | |
| **Account No.** <br><br>**Credit Acceptance Corporation** <br>**25505 West Twelve Mile Road** <br>**Suite 3000** <br>**Southfield, MI 48034** | X | - | | **2005 - 2006** <br>**Corporate Debt** | X | X | X | |
| | | | | | | | | **0.00** |

Sheet no. __**8**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Annette M. Maggiore**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2006 Corproate Debt | | | | |
| Credit Union 1 200 E. Campaign Ave. Rantoul, IL 61866 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2005 - 2006 Guaranty of Corporate Debt | | | | |
| Dealer Services Corporation 11555 North Meridian Street Suite 220 Carmel, IN 46032 | | - | | | | | | |
| | | | | | | | | 72,829.22 |
| Account No. | | | | 2006 Corporate Debt | | | | |
| Franchesca Delfin 914 N. Mozart Chicago, IL 60622 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Illinois Secretary of State Police 103 West Roosevelt Road Villa Park, IL 60181 | | | | |
| Representing: Franchesca Delfin | | | | | | | | |
| Account No. | | | | 2006 Corporate Debt | | | | |
| Jonathan Deluna 2910 N. Dawson Chicago, IL 60618 | X | J | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __9___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **72,829.22**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Annette M. Maggiore**                                      ,          Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing:** **Jonathan Deluna** | | | | | **Illinois Secretary of State Police** **103 West Roosevelt Road** **Villa Park, IL 60181** | | | | |
| Account No. **DHL Express** **c/o Weinstock & O'Malley** **105 White Oak Lane, Second Floor** **Old Bridge, NJ 08857-1006** | X | J | | | **2006** **Corporate Debt** | X | X | X | 0.00 |
| Account No. 6001007397528034 **Discover Financial Services** **P.O. Box 3008** **New Albany, OH 43054-3008** | | J | | | **2007 & Prior Years** **Periodic Purchases** | | | | 13,739.23 |
| Account No. **Dyer Auto Auction Inc.** **P.O. Box 115** **Dyer, IN 46311-0115** | - | | | | **2006** **Corporate Debt** | X | X | X | 0.00 |
| Account No. 3057-5870-1 **FedEx** **P.O. Box 94515** **Palatine, IL 60094-4515** | - | | | | **2006** **Corporate Debt** | X | X | X | 0.00 |

Sheet no. __10__ of __24__ sheets attached to Schedule of                        Subtotal                  13,739.23
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Annette M. Maggiore**                                                              , Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Jose Garcia**<br>**5228 South Homan**<br>**Chicago, IL 60632** | | - | | **2005**<br>**Corporate Debt** | X | X | X | 0.00 |
| Account No. **611 9071 19454**<br><br>**GMAC**<br>**P.O. Box 2150**<br>**Greeley, CO 80632** | | - | | **2007**<br>**Car Lease Deficiency** | | | | 8,400.37 |
| Account No.<br><br>**Gustafson/Shields Advertising, Inc.**<br>**211 East Ontario, Suite 1200**<br>**Chicago, IL 60611** | | - | | **2006**<br>**Corporate Debt** | X | X | X | 0.00 |
| Account No.<br><br>**Representing:**<br>**Gustafson/Shields Advertising, Inc.** | | | | **RMS**<br>**4836 Brecksville Road**<br>**P.O. Box 509**<br>**Richfield, OH 44286** | | | | |
| Account No. **94102651**<br><br>**Juan Hernandez**<br>**1407 North Springfield**<br>**Chicago, IL 60651** | X | J | | **Corporate Debt** | X | X | X | 0.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,400.37**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Annette M. Maggiore**                                    , Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Pantaleon V. Hernandez** <br> **5554 S. Albany** <br> **Chicago, IL 60623** | X | J | | **2006** <br> **Corporate Debt** | X | X | X | **0.00** |
| Account No. <br><br> **Representing:** <br> **Pantaleon V. Hernandez** | | | | **Illinois Secretary of State Police** <br> **103 West Roosevelt Road** <br> **Villa Park, IL 60181** | | | | |
| Account No. 6035 3220 2151 8851 <br><br> **Home Depot Credit Services** <br> **P.O. Box 9122** <br> **Des Moines, IA 50368-9122** | X | J | | **2006 & Prior Years** <br> **Periodic Purchases** | | | | **665.81** |
| Account No. <br><br> **Representing:** <br> **Home Depot Credit Services** | | | | **Northland Group Inc.** <br> **P.O. Box 390905** <br> **Minneapolis, MN 55439** | | | | |
| Account No. <br><br> **Honor Finance Corporation** <br> **518 Davis Street, Suite 201** <br> **Evanston, IL 60201** | - | | | **2005 - 2006** <br> **Corporate Debt** | X | X | X | **0.00** |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**665.81**

Official Form 6F (10/06) - Cont.

In re  **Annette M. Maggiore**                                                    ,        Case No. _____
                                               Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **Representing: Honor Finance Corporation** | | | | | **Honor Finance Corporation P.O. Box 1817 Evanston, IL 60201** | | | | |
| Account No.  **Shaun Emanuel Hunter 833 East 9th Street Flint, MI 48503** | X | J | | | **2006 Corporate Debt** | X | X | X | 0.00 |
| Account No.  **Representing: Shaun Emanuel Hunter** | | | | | **Illinois Secretary of State Police 103 West Roosevelt Road Villa Park, IL 60181** | | | | |
| Account No. 0119600872  **Ice Mountain Spring Water Company 6661 Dixie Hwy, Suite 4 Louisville, KY 40258** | | - | | | **2006 Corporate Debt** | X | X | X | 0.00 |
| Account No.  **Illinois Motor Credit, Inc. 2725 North Thatcher Ave., Suite 500 River Grove, IL 60101-1470** | X | - | | | **2006 Guaranty of Corporate Debt** | X | X | X | Unknown |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal  (Total of this page)          0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Annette M. Maggiore** _____ ,  Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Illinois Secretary of State Police** <br> **103 West Roosevelt Road** <br> **Villa Park, IL 60181** | | - | | | **2006 & Prior Years** <br> **Corporate Debt** | X | X | X | 0.00 |
| Account No. **00942** <br><br> **Independent Recycling Services** <br> **2401 S. Laflin Street** <br> **Chicago, IL 60608** | | - | | | **2006** <br> **Corporate Debt** | X | X | X | 0.00 |
| Account No. <br><br> **Insure on The Spot Services, Inc.** <br> **7142 W. Belmont Ave.** <br> **Chicago, IL 60634** | | - | | | **2006** <br> **Corporate Debt** | X | X | X | 0.00 |
| Account No. <br><br> **Maurice Jones** <br> **1240 S. Lawndale** <br> **Chicago, IL 60623** | X | J | | | **2006** <br> **Corporate Debt** | X | X | X | 0.00 |
| Account No. <br><br> **Representing:** <br> **Maurice Jones** | | | | | **Illinois Secretary of State Police** <br> **103 West Roosevelt Road** <br> **Villa Park, IL 60181** | | | | |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Annette M. Maggiore**                                      , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **634-554-71** <br><br> **Lord & Taylor** <br> **111 Boulder Industrial Drive** <br> **Bridgeton, MO 63044** | | - | | | **2006** <br> **Periodic Purchases** | | | | **703.23** |
| Account No. <br><br> **Malave, Maritza** <br> **1451 North Bell** <br> **Chicago, IL 60622** | | - | | | **2006** <br> **Corporate Debt** | X | X | X | **0.00** |
| Account No. <br><br> **Manheim Automotive Financial Srvs** <br> **200 West Old Chicago Drive** <br> **Bolingbrook, IL 60440** | | - | | | **2004 - 2006** <br> **Guaranty of Corporate Debt** | | | | **Unknown** |
| Account No. <br><br> **Pedro Mazon** <br> **1931 South 51th Court** <br> **Cicero, IL 60804** | X | J | | | **2006** <br> **Corporate Debt** | X | X | X | **0.00** |
| Account No. <br><br> **Representing:** <br> **Pedro Mazon** | | | | | **Illinois Secretary of State Police** <br> **103 West Roosevelt Road** <br> **Villa Park, IL 60181** | | | | |

Sheet no. __**15**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **703.23**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Annette M. Maggiore**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5474 1500 9008 5001** <br><br> **MBNA Platinum Plus for Business** <br> **P.O. Box 15463** <br> **Wilmington, DE 19850-5463** | X | J | | **2006 & Pior Years** <br> **Periodic Purchases** | | | | **4,230.03** |
| Account No. <br><br> **Shelly Moore** <br> **714 S. St. Louis** <br> **Chicago, IL 60624** | X | J | | **2006** <br> **Corporate Debt** | X | X | X | **0.00** |
| Account No. <br><br> **Representing:** <br> **Shelly Moore** | | | | **Illinois Secretary of State Police** <br> **103 West Roosevelt Road** <br> **Villa Park, IL 60181** | | | | |
| Account No. <br><br> **Nationwide Cassel Ltd Partnership** <br> **3435 North Cicero Avenue** <br> **Chicago, IL 60641** | | J | | **2006 & Prior Years** <br> **Corporate Debt** | X | X | X | **0.00** |
| Account No. **1164 60 148** <br><br> **Nordstrom** <br> **P.O. Box 13589** <br> **Scottsdale, AZ 85267-3589** | - | | | **2006** <br> **Periodic Purchases** | | | | **475.46** |

Sheet no. __**16**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **4,705.49**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Annette M. Maggiore**                                        ,    Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 2006 Corporate Debt | X | X | X | |
| **Northwest Insurance Network Inc.** **330 S. Wells St., Suite 1600** **Chicago, IL 60606** | | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **American Service Insurance** **150 Northwest Point Blvd.** **Elk Grove Village, IL 60007** | | | | |
| **Representing:** **Northwest Insurance Network Inc.** | | | | | | | | |
| Account No. | X | - | | 2006 Corporate Debt | X | X | X | |
| **O & W Napa Auto Parts** **2439 West North Avenue** **Chicago, IL 60647** | | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | X | J | | 2006 Corporate Debt | X | X | X | |
| **Edwon Ortiz** **2313 West Iowa** **Chicago, IL 60622** | | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **Illinois Secretary of State Police** **103 West Roosevelt Road** **Villa Park, IL 60181** | | | | |
| **Representing:** **Edwon Ortiz** | | | | | | | | |

Sheet no. __**17**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Annette M. Maggiore**                                    ,    Case No. _____
                                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Otis Patterson**<br>**2921 N. Monitor**<br>**Chicago, IL 60634** | X | J | **2006**<br>**Corporate Debt** | X | X | X | 0.00 |
| Account No.<br><br>**Representing:**<br>**Otis Patterson** | | | **Illinois Secretary of State Police**<br>**103 West Roosevelt Road**<br>**Villa Park, IL 60181** | | | | |
| Account No.<br><br>**Cordell Pickens**<br>**4026 West 21st**<br>**Chicago, IL 60623** | X | J | **2006**<br>**Corporate Debt** | X | X | X | 0.00 |
| Account No.<br><br>**Representing:**<br>**Cordell Pickens** | | | **Illinois Secretary of State Police**<br>**103 West Roosevelt Road**<br>**Villa Park, IL 60181** | | | | |
| Account No.<br><br>**Premier Recovery Systems Inc.**<br>**P.O. Box 269**<br>**Lyons, IL 60534** | | - | **2006**<br>**Corporate Debt** | X | X | X | 0.00 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Annette M. Maggiore**                                           ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2006 Corporate Debt | | | | |
| **Pronto Connections Inc. 820 North Orleans, Suite 300 Chicago, IL 60610** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2007 & Prior Years Corporate Debt | | | | |
| **Red's Body Shop & Towing 1904 Lehigh Avenue Glenview, IL 60026** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2006 Corporate Debt | | | | |
| **Ariel Reyes 1927 N. California Ave. Chicago, IL 60647** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | State of Illinois, Dept. of Labor Wage Claims Section 160 North LaSalle, Suite C-1300 Chicago, IL 60601 | | | | |
| **Representing: Ariel Reyes** | | | | | | | | |
| Account No. | | | | 2005 Corporate Debt | | | | |
| **Roadrunners Autotransport Inc. 3950 W. 155th St. Markham, IL 60426** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Official Form 6F (10/06) - Cont.

In re    **Annette M. Maggiore**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Violetta Rodriguez** <br> **8541 West Berwyn, First Floor** <br> **Chicago, IL 60656** | X | J | **2006** <br> **Corpoate Debt** | X | X | X | <br><br><br> **0.00** |
| Account No. <br><br> **Representing:** <br> **Violetta Rodriguez** | | | **Illinois Secretary of State Police** <br> **103 West Roosevelt Road** <br> **Villa Park, IL 60181** | | | | |
| Account No. <br><br> **Timothy Royster** <br> **8642 S. Marshfield Ave.** <br> **Chicago, IL 60620** | X | J | **2006** <br> **Corporate Debt** | X | X | X | <br><br><br> **0.00** |
| Account No. <br><br> **Representing:** <br> **Timothy Royster** | | | **Illinois Secretary of State Police** <br> **103 West Roosevelt Road** <br> **Villa Park, IL 60181** | | | | |
| Account No. <br><br> **Oscar Rush** <br> **1256 N. Mayfield** <br> **Chicago, IL 60651** | X | J | **2006** <br> **Corporate Debt** | X | X | X | <br><br><br> **0.00** |
| Sheet no. __20__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br> (Total of this page) | | | | **0.00** |

Official Form 6F (10/06) - Cont.

In re   **Annette M. Maggiore** _____,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: Oscar Rush** | | | | Illinois Secretary of State Police 103 West Roosevelt Road Villa Park, IL 60181 | | | | |
| Account No. **Ines Saucedo 1546 W. Walton Chicago, IL 60622** | X | | J | 2006 Corporate Debt | X | X | X | 0.00 |
| Account No. **Representing: Ines Saucedo** | | | | Illinois Secretary of State Police 103 West Roosevelt Road Villa Park, IL 60181 | | | | |
| Account No. **Javar Shorty 3925 West Van Buren Chicago, IL 60624** | X | | J | 2006 Corporate Debt | X | X | X | 0.00 |
| Account No. **Representing: Javar Shorty** | | | | Illinois Secretary of State Police 103 West Roosevelt Road Villa Park, IL 60181 | | | | |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Annette M. Maggiore**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Hossein Sobet**<br>**508 Cherry Circle**<br>**Glenview, IL 60025** | | - | | **2006**<br>**Corporate Debt** | X | X | X | 0.00 |
| Account No.<br><br>**Representing:**<br>**Hossein Sobet** | | | | **State of Illinois Dept. of Labor**<br>**Wage Claims Section**<br>**160 North LaSalle, Suite C-1300**<br>**Chicago, IL 60601-3150** | | | | |
| Account No. **704511511**<br><br>**Sprint**<br>**P.O. Box 541023**<br>**Los Angeles, CA 90054-1023** | | - | | **2006**<br>**Services** | | | | 633.52 |
| Account No.<br><br>**Elba Vega**<br>**1907 N. Oakley**<br>**Chicago, IL 60647** | X | J | | **2006**<br>**Corporate Debt** | X | X | X | 0.00 |
| Account No.<br><br>**Representing:**<br>**Elba Vega** | | | | **Illinois Secretary of State Police**<br>**103 West Roosevelt Road**<br>**Villa Park, IL 60181** | | | | |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

633.52

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Annette M. Maggiore**                                              , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Efrain Vivar**<br>**5228 S. Homan**<br>**Chicago, IL 60632** | | - | | **2005**<br>**Corporate Debt** | X | X | X | **0.00** |
| Account No. **02-0005652-000**<br><br>**Welding Industrial Supply Corp.**<br>**2200 North Western Avenue**<br>**Chicago, IL 60647** | | - | | **2006**<br>**Corporate Debt** | X | X | X | **0.00** |
| Account No.<br><br>**Western Surety Company**<br>**101 S. Phillips Ave.**<br>**Sioux Falls, SD 57104** | X | - | | **2006**<br>**Corporate Debt** | X | X | X | **0.00** |
| Account No.<br><br>**Westlake Financial Services**<br>**4751 Wilshire Boulevard, Suite 100**<br>**Los Angeles, CA 90010** | X | J | | **2006**<br>**Guaranty of Corporate Debt** | | | X | **93,821.21** |
| Account No.<br><br>**Representing:**<br>**Westlake Financial Services** | | | | **Richard Scott, Esq.**<br>**Molino & Associates**<br>**4751 Wilshire Blvd., #125**<br>**Los Angeles, CA 90010** | | | | |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**93,821.21**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Annette M. Maggiore** _____,  Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2006 Corporate Debt | | | | |
| **Zeus Concepts, LLC P.O. Box 2397 Northbrook, IL 60065** | - | | | X | X | X | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __24__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
| | Total (Report on Summary of Schedules) | 253,322.92 |

Form B6G
(10/05)

In re    **Annette M. Maggiore**                                                    Case No. _____
                                                    ,
                            Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Landlord**<br>**7327 West Fullerton**<br>**Elmwood Park, IL 60707** | **Month to Month Lease** |

___**0**___  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6H
(10/05)

In re    **Annette M. Maggiore**                                          ,        Case No. _____
                                        Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Advanta Bank Corp.**<br>**P.O. Box 30715**<br>**Salt Lake City, UT 84130-0715** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Car Loan Center Inc.**<br>**1523 North Western Avenue**<br>**Chicago, IL 60622** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664-0338** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Home Depot Credit Services**<br>**P.O. Box 9122**<br>**Des Moines, IA 50368-9122** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **MBNA Platinum Plus for Business**<br>**P.O. Box 15463**<br>**Wilmington, DE 19850-5463** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **A.W. Green Management**<br>**1410 S. Clinton Street**<br>**Chicago, IL 60607** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Automotive Finance Corp.**<br>**4721 Midlothian Turnpike, Suite 21**<br>**Midlothian, IL 60445** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Credit Acceptance Corporation**<br>**25505 West Twelve Mile Road**<br>**Suite 3000**<br>**Southfield, MI 48034** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **City of Chicago**<br>**Cost Recovery & Collections Div.**<br>**333 S. State St., Suite 540**<br>**Chicago, IL 60604** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **DHL Express**<br>**c/o Weinstock & O'Malley**<br>**105 White Oak Lane, Second Floor**<br>**Old Bridge, NJ 08857-1006** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **AutoTrader.com**<br>**One Lincoln Centre**<br>**18W140 Butterfield Road, Suite 450**<br>**Villa Park, IL 60181** |

___**2**___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re   **Annette M. Maggiore**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **O & W Napa Auto Parts**<br>**2439 West North Avenue**<br>**Chicago, IL 60647** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Westlake Financial Services**<br>**4751 Wilshire Boulevard, Suite 100**<br>**Los Angeles, CA 90010** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Western Surety Company**<br>**101 S. Phillips Ave.**<br>**Sioux Falls, SD 57104** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Illinois Motor Credit, Inc.**<br>**2725 North Thatcher Ave., Suite 500**<br>**River Grove, IL 60101-1470** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Juan Hernandez**<br>**1407 North Springfield**<br>**Chicago, IL 60651** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Blanca Cortez-Gomez**<br>**1407 N. Springfield**<br>**Chicago, IL 60651** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Gabriel Corona**<br>**4353 S. Rockwell Street, 1st Floor**<br>**Chicago, IL 60632** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Franchesca Delfin**<br>**914 N. Mozart**<br>**Chicago, IL 60622** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Jonathan Deluna**<br>**2910 N. Dawson**<br>**Chicago, IL 60618** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Pantaleon V. Hernandez**<br>**5554 S. Albany**<br>**Chicago, IL 60623** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Shaun Emanuel Hunter**<br>**833 East 9th Street**<br>**Flint, MI 48503** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Maurice Jones**<br>**1240 S. Lawndale**<br>**Chicago, IL 60623** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Pedro Mazon**<br>**1931 South 51st Court**<br>**Cicero, IL 60804** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Annette M. Maggiore**                                                                    , Case No. _____

                                                            Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Shelly Moore**<br>**714 S. St. Louis**<br>**Chicago, IL 60624** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Edwon Ortiz**<br>**2313 West Iowa**<br>**Chicago, IL 60622** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Otis Patterson**<br>**2921 N. Monitor**<br>**Chicago, IL 60634** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Cordell Pickens**<br>**4026 West 21st**<br>**Chicago, IL 60623** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Violetta Rodriguez**<br>**8541 West Berwyn, First Floor**<br>**Chicago, IL 60656** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Timothy Royster**<br>**8642 S. Marshfield Ave.**<br>**Chicago, IL 60620** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Oscar Rush**<br>**1256 N. Mayfield**<br>**Chicago, IL 60651** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Ines Saucedo**<br>**1546 W. Walton**<br>**Chicago, IL 60622** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Javar Shorty**<br>**3925 West Van Buren**<br>**Chicago, IL 60624** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Elba Vega**<br>**1907 N. Oakley**<br>**Chicago, IL 60647** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Car Loan Center Inc.**<br>**P.O. Box 220326**<br>**Chicago, IL 60622** | **Archer Heights Credit Union**<br>**6554 West Archer Avenue**<br>**Chicago, IL 60638** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

Official Form 6I (10/06)

In re  Annette M. Maggiore                                          Case No. _____
                          Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Single | RELATIONSHIP(S):<br>None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Exhibitor Services Manager | |
| Name of Employer | Regency Exposition Services | |
| How long employed | 6 Months | |
| Address of Employer | 203 North Wabash Avenue<br>Suite 918<br>Chicago, IL 60601 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 4,166.67 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 4,166.67 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a.  Payroll taxes and social security | $ | 1,141.88 | $ | N/A |
|   b.  Insurance | $ | 0.00 | $ | N/A |
|   c.  Union dues | $ | 0.00 | $ | N/A |
|   d.  Other (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,141.88 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,024.79 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,024.79 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | | $ | 3,024.79 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re  Annette M. Maggiore                                            Case No. _____
                          Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 775.00 |
| a. Are real estate taxes included?            Yes ___         No _X_ | | |
| b. Is property insurance included?            Yes ___         No _X_ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 120.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 110.00 |
| d. Other  Cable/Internet | $ | 140.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 150.00 |
| 7. Medical and dental expenses | $ | 40.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 107.25 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 407.31 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Health Club Membership, Hair Cuts, Personal Items | $ | 170.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,019.56 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 3,024.79 |
| b.    Average monthly expenses from Line 18 above | $ | 3,019.56 |
| c.    Monthly net income (a. minus b.) | $ | 5.23 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Annette M. Maggiore _____     Case No. _____

_____ Debtor(s)     Chapter    7 _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___43___ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  June 23, 2007 _____     Signature   /s/ Annette M. Maggiore _____
                                                      Annette M. Maggiore
                                                      Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Annette M. Maggiore                                                        Case No.                               

                                         Debtor(s)                  Chapter      7

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

     **1. Income from employment or operation of business**

None     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐        business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $7,846.00 | 2005: Wages |
| $24,440.00 | 2006: Wages |
| $22,115.42 | 2007: Wages |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $12,781.00 | 2005:  Taxable Interest (445); Unemployment (8,736); Gambling Winnings (3,600) |
| $45.88 | 2006:  Taxable Interest |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Republic Bank of Chicago v. Annette Maggiore and Anthony Belle, Case No. 07 M1 600520 | Replevin | Circuit Court of Cook County | Judgment |
| Amcore Bank NA v. Annette M. Maggiore, Case No. 07 M1 116761 | Contract | Circuit Court of Cook County | Pending |
| Aurora Loan Services LLC v. Annette M. Maggiore, et al, Case No. 07 CH 1290 | Mortgage Foreclosure | Circuit Court of Cook County | Pending |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Westlake Financial Services, Inc. v. Annette M. Maggiore, et al, Case No. 06 K 16220 | Contract | Los Angelos Superior Court | Pending |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Amcore Bank, NA 1210 Aouth Alpine Road Rockford, IL 61108 | March 2007 | 2005 Ford F350; $17,940 |
| GMAC P.O. Box 2150 Greeley, CO 80632 | 2007 | 2005 Cadillac CTC |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604 | April & May 2007 | $4,283.00 + Costs |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| First Security Trust and Savings Bank
7315 West Grand Avenue
Elmwood Park, IL 60707 | Checking Account #00-034823-6; $244.80 | February 2007 |

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■ or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■ Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■ the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐ ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Car Loan Center Inc. | 37-1495163 | 1523 North Western Avenue Chicago, IL 60622-1747 | Used Car Dealership | August 2004 - July 2006 |
| Performance Transportation Of IL, LLC | 01-0875428 | 7327 West Fullerton Elmwood Park, IL 60707 | Used Car Transportation | October 2006 - February 2007 |

None b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  June 23, 2007                          Signature    /s/ Annette M. Maggiore
                                                          Annette M. Maggiore
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Annette M. Maggiore                                Case No. _____

                                         Debtor(s)        Chapter    7 _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Single Family Residence located at 1208 West Washington Street, Evanston, Illinois | Aurora Loan Services | X | | | |
| Single Family Residence located at 1208 West Washington Street, Evanston, Illinois | JP Morgan Chase Bank | X | | | |
| 2005 Harley Davidson Motorcyle (In possession of Anthony A. Belle) | Republic Bank | X | | | |
| 2004 Cadillac CTS | Meadows Credit Union | | | | X |
| Living Room Set, Bedroom Set, Mattress | WFNNB - Harlem Furniture | | | X | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date    June 23, 2007 _____        Signature    /s/ Annette M. Maggiore _____

                                                    Annette M. Maggiore
                                                    Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   Annette M. Maggiore

Debtor(s)

Case No.

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 4,283.00 |
| Balance Due | $ | 717.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
        Negotiating, preparing and filing reaffirmation and redemption agreements with secured creditors, exemption planning, motions and applications as needed including motions to avoid judicial and non purchase money non possessory liens

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of debtor(s) in any motion to dismiss for abuse, dischargability actions, objection to discharge and any other adversary proceeding. Services rendered after entry of the discharge order in asserting discharge.

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   June 23, 2007

/s/ Monica C. O'Brien
Monica C. O'Brien
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558  Fax: (312) 427-1289

---

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## **Chapter 11**: **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## **Chapter 12**: **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### **Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Monica C. O'Brien | X /s/ Monica C. O'Brien | June 23, 2007 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558

### **Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Annette M. Maggiore | X /s/ Annette M. Maggiore | June 23, 2007 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    Annette M. Maggiore
_____    Case No. _____
                                   Debtor(s)      Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    _____    111

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    June 23, 2007          /s/ Annette M. Maggiore
_____        _____
                               Annette M. Maggiore
                               Signature of Debtor

700 Credit Inc.
2333 West 190th Street
Torrance, CA 90504


A & L Transport of IL, Inc.
1201 N. 25th Ave.
Melrose Park, IL 60160


A.W. Green Management
1410 S. Clinton Street
Chicago, IL 60607


Advanta Bank Corp.
P.O. Box 30715
Salt Lake City, UT 84130-0715


Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH 43231


Allied Waste Services
2608 South Damen
Chicago, IL 60608


Amcore Bank, NA
1210 Aouth Alpine Road
Rockford, IL 61108


American General Finance
1414 N. Milwaukee Ave.
Chicago, IL 60622


American Service Insurance
150 Northwest Point Blvd.
Elk Grove Village, IL 60007


Archer Heights Credit Union
6554 West Archer Avenue
Chicago, IL 60638


Arena Auto Auction
200 West Old Chicago Drive
Bolingbrook, IL 60440

Jennifer J. Arguijo
1142 North Keystone
Chicago, IL 60651


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


Aurora Loan Services
P.O. Box 1706
Scottsbluff, NE 69363-1706


Auto Mart #139/Chicago Auto Mercado
c/o Vengroff Williams & Assoc., Inc.
P.O. Box 4155
Sarasota, FL 34237


Automotive Finance Corp.
4721 Midlothian Turnpike, Suite 21
Midlothian, IL 60445


Autotech & Niles Marketing
7787 Louella Drive
Roscoe, IL 61073


AutoTrader.com
One Lincoln Centre
18W140 Butterfield Road, Suite 450
Villa Park, IL 60181


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Tonesia Banner
9137 South Saginaw
Chicago, IL 60647


Battery Sales, Inc.
12320 South Page
Riverdale, IL 60827


Tiwana Burns
9137 South Saginaw
Chicago, IL 60647

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Car Loan Center Inc.
P.O. Box 220326
Chicago, IL 60622


Carson Pirie Scott
Retail Services
P.O. Box 15521
Wilmington, DE 19850-5521


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Home Finance LLC
201 East Main Street
Lexington, KY 40507


Check Center
P.O. Box 6008
Petaluma, CA 94955


City of Chicago
Cost Recovery & Collections Div.
333 S. State St., Suite 540
Chicago, IL 60604


City of Evanston
2100 Ridge Avenue
Evanston, IL 60201


Codilis and Associates, P.C
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527


Commonwealth Edison
Bil Payment Center
Chicago, IL 60668

Cook County Dept. of Revenue
P.O. Box 94420
Chicago, IL 60690-4420


Cook County, Dept. Of Revenue
118 North Clark Street, Suite 1160
Chicago, IL 60602


Gabriel Corona
4353 S. Rockwell Street, 1st Floor
Chicago, IL 60632


Blanca Cortez-Gomez
1407 N. Springfield
Chicago, IL 60651


Credit Acceptance Corporation
25505 West Twelve Mile Road
Suite 3000
Southfield, MI 48034


Credit Union 1
200 E. Campaign Ave.
Rantoul, IL 61866


Dealer Services Corporation
11555 North Meridian Street
Suite 220
Carmel, IN 46032


Franchesca Delfin
914 N. Mozart
Chicago, IL 60622


Jonathan Deluna
2910 N. Dawson
Chicago, IL 60618


DHL Express
c/o Weinstock & O'Malley
105 White Oak Lane, Second Floor
Old Bridge, NJ 08857-1006

Discover Financial Services
P.O. Box 3008
New Albany, OH 43054-3008


Dyer Auto Auction Inc.
P.O. Box 115
Dyer, IN 46311-0115


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


Freedman, Anselmo Lindberg & Rappe
1807 West Diehl
Suite 333
P.O. Box 3228
Naperville, IL 60566-7228


Jose Garcia
5228 South Homan
Chicago, IL 60632


GMAC
P.O. Box 2150
Greeley, CO 80632


Gustafson/Shields Advertising, Inc.
211 East Ontario, Suite 1200
Chicago, IL 60611


Juan Hernandez
1407 North Springfield
Chicago, IL 60651


Pantaleon V. Hernandez
5554 S. Albany
Chicago, IL 60623


Home Depot Credit Services
P.O. Box 9122
Des Moines, IA 50368-9122


Honor Finance Corporation
518 Davis Street, Suite 201
Evanston, IL 60201

Honor Finance Corporation
P.O. Box 1817
Evanston, IL 60201


HSBC
P.O. Box 5244
Carol Stream, IL 60197-5244


Shaun Emanuel Hunter
833 East 9th Street
Flint, MI 48503


Ice Mountain Spring Water Company
6661 Dixie Hwy, Suite 4
Louisville, KY 40258


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Dept. or Revenue
Attn: Deliah M. Rossi
9511 West Harrison Street
Des Plaines, IL 60016


Illinois Motor Credit, Inc.
2725 North Thatcher Ave., Suite 500
River Grove, IL 60101-1470


Illinois Secretary of State Police
103 West Roosevelt Road
Villa Park, IL 60181


Independent Recycling Services
2401 S. Laflin Street
Chicago, IL 60608


Insure on The Spot Services, Inc.
7142 W. Belmont Ave.
Chicago, IL 60634


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Jonathan Neil & Assoc., Inc.
c/o Brian J. Ferber, Inc.
18075 Ventura Blvd., Suite 3B
Encino, CA 91316


Maurice Jones
1240 S. Lawndale
Chicago, IL 60623


JP Morgan Chase Bank
1111 Polaris Parkway
Columbus, OH 43240


Landlord
7327 West Fullerton
Elmwood Park, IL 60707


Lord & Taylor
111 Boulder Industrial Drive
Bridgeton, MO 63044


Malave, Maritza
1451 North Bell
Chicago, IL 60622


Manheim Automotive Financial Srvs
200 West Old Chicago Drive
Bolingbrook, IL 60440


Pedro Mazon
1931 South 51th Court
Cicero, IL 60804


MBNA Platinum Plus for Business
P.O. Box 15463
Wilmington, DE 19850-5463


Meadows Credit Union
3350 Salt Creek Lane, Suite 100
Arlington Heights, IL 60005


Shelly Moore
714 S. St. Louis
Chicago, IL 60624

Morgan & Curtis Associates, Inc.
95 Broadway
Hicksville, NY 11801


Nationwide Cassel Ltd Partnership
3435 North Cicero Avenue
Chicago, IL 60641


Nordstrom
P.O. Box 13589
Scottsdale, AZ 85267-3589


Northland Group Inc.
P.O. Box 390905
Minneapolis, MN 55439


Northwest Insurance Network Inc.
330 S. Wells St., Suite 1600
Chicago, IL 60606


O & W Napa Auto Parts
2439 West North Avenue
Chicago, IL 60647


Edwon Ortiz
2313 West Iowa
Chicago, IL 60622


Otis Patterson
2921 N. Monitor
Chicago, IL 60634


Cordell Pickens
4026 West 21st
Chicago, IL 60623


Premier Recovery Systems Inc.
P.O. Box 269
Lyons, IL 60534


Pronto Connections Inc.
820 North Orleans, Suite 300
Chicago, IL 60610

Red's Body Shop & Towing
1904 Lehigh Avenue
Glenview, IL 60026


Republic Bank
1510 75th Street
Darien, IL 60561


Ariel Reyes
1927 N. California Ave.
Chicago, IL 60647


Richard Scott, Esq.
Molino & Associates
4751 Wilshire Blvd., #125
Los Angeles, CA 90010


RMS
4836 Brecksville Road
P.O. Box 509
Richfield, OH 44286


Roadrunners Autotransport Inc.
3950 W. 155th St.
Markham, IL 60426


Violetta Rodriguez
8541 West Berwyn, First Floor
Chicago, IL 60656


Timothy Royster
8642 S. Marshfield Ave.
Chicago, IL 60620


Oscar Rush
1256 N. Mayfield
Chicago, IL 60651


Ines Saucedo
1546 W. Walton
Chicago, IL 60622


Javar Shorty
3925 West Van Buren
Chicago, IL 60624

Hossein Sobet
508 Cherry Circle
Glenview, IL 60025


Sprint
P.O. Box 541023
Los Angeles, CA 90054-1023


State of Illinois Dept. of Labor
Wage Claims Section
160 North LaSalle, Suite C-1300
Chicago, IL 60601-3150


State of Illinois, Dept. of Labor
Wage Claims Section
160 North LaSalle, Suite C-1300
Chicago, IL 60601


Stuart Alpern, Dept. of Cons. Srvs
50 West Washington Street, Room 208
Chicago, IL 60602


The Albert Law Firm, P.C.
205 West Randolph St., Suite 920
Chicago, IL 60606


Tishler & Wald, Ltd.
200 South Wacker Drive, Suite 3000
Chicago, IL 60606


Elba Vega
1907 N. Oakley
Chicago, IL 60647


Efrain Vivar
5228 S. Homan
Chicago, IL 60632


Welding Industrial Supply Corp.
2200 North Western Avenue
Chicago, IL 60647


Western Surety Company
101 S. Phillips Ave.
Sioux Falls, SD 57104

Westlake Financial Services
4751 Wilshire Boulevard, Suite 100
Los Angeles, CA 90010


WFNNB - Harlem Furniture
Customer Service
P.O. Box 2974
Mission, KS 66201-1374


Zeus Concepts, LLC
P.O. Box 2397
Northbrook, IL 60065